United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDRES NAVARRO,<br><br>                    Plaintiff,<br><br>          v.<br><br>R.T.C. GROUNDS, Warden,<br><br>                    Defendant. | Case No.  5:14-cv-01336-EJD<br><br>**ORDER VACATING HEARING ON RESPONDENT'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 18 |

Having reviewed this matter and in order to accommodate the completion of briefing, the hearing on Respondent's motion to dismiss scheduled for July 30, 2015, is VACATED. Respondent shall file its reply to Petitioner's opposition, if any, on or before **July 30, 2015**, at which time the motion will be deemed submitted for decision pursuant to Civil Local Rule 7-1(b).

    **IT IS SO ORDERED.**

Dated:  July 24, 2015



EDWARD J. DAVILA
United States District Judge